IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01328-RPM

TRAIL'S END RANCH, LLC, and
TRAIL'S END OPERATING, LLC,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M.V. Wentz
  Secretary

      Defendant's unopposed motion to vacate the July 21, 2015, pretrial conference is granted.  The pretrial conference is **rescheduled for September 17, 2015, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  The proposed Final Pretrial Order must be submitted in paper form directly to chambers on or before **4:00 p.m. on September 10, 2015.**

DATED: June 23, 2015