IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01328-RPM

TRAIL'S END RANCH, LLC, and
TRAIL'S END OPERATING, LLC,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendants.

---

ORDER SETTING TRIAL DATE

---

    Pursuant to the pretrial conference today, it is

    ORDERED that this matter is set for trial to the Court on **December 14, 2015, at 9:00 a.m.,** (counsel to be present at 8:30 a.m.) in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx .

    DATED:  September 17th, 2015

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge