# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                December 7, 2015
Courtroom Deputy:    Emily Buchanan
FTR Technician:      Kathy Terasaki

---

Civil Action No. 14-cv-01328-RPM                Counsel:

TRAIL'S END RANCH, LLC, and                     Ross Pulkrabek
TRAIL'S END OPERATING, LLC,                     Lidiana Rios

    Plaintiffs,

v.

UNITED STATES OF AMERICA,                       Katherine Ross
                                                Jacob Licht-Steenfat
    Defendant.

---

## COURTROOM MINUTES

---

**MOTION HEARING**

**1:56 p.m.**     **Court in session.**

1:57 p.m.         Ms. Ross answers questions of the Court and provides argument.

**ORDERED:**     Defendant's Motion to Amend Pretrial Order (Doc. No. 36) is **DENIED**. Alfonso Montoya, Matthew Basquez, Nathan Mode, and Joseph Schwedhelm shall not appear as witnesses.

**2:00 p.m.**     **Court in recess.**

**Hearing concluded.  Total time:   4 minutes.**