IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01328-RPM

TRAIL'S END RANCH, LLC, and
TRAIL'S END OPERATING, LLC,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendants.

## ORDER SETTING TRIAL DATE

This case is set for trial to the Court on **February 1, 2016, at 9:00 a.m.,** (counsel to be present at 8:30 a.m.) in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx .

DATED:   December 16th, 2015

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 _____
                                 Richard P. Matsch, Senior Judge