IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01328-RPM

TRAIL'S END RANCH, LLC, and
TRAIL'S END OPERATING, LLC,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____

# JUDGMENT
_____

      Pursuant to the Findings, Conclusions and Order for Judgment entered by Senior Judge Richard P. Matsch on February 23, 2016, it is

      ORDERED AND ADJUDGED that judgment is entered for the defendant United States of America and against plaintiffs Trail's End Ranch, LLC, and Trail's End Operating, LLC.  This civil action is dismissed.  Defendant is awarded costs upon the filing of a bill of costs within 14 days.

      DATED: February 23, 2016

                  FOR THE COURT:

                  JEFFREY P. COLWELL, Clerk

                    s/M. V. Wentz

                By_____
                       Deputy